# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARIE PASTORA ACOSTA | * |
| Plaintiff, | * |
| v. | * Case No. 8:22-cv-01052-TJS |
| KEMBER INTERIORS, INC., ET AL | * |
| Defendants. | * |

## LOCAL RULE 111 NOTICE OF SETTLEMENT

Pursuant to L. Civ. R. 111, this serves to notify the Court that the parties in the above-referenced matter have reached a settlement, in terms, for the sole purpose of avoiding unnecessary litigation expenses, fully resolving all issues in dispute with this litigation, each party to bear its or her own costs and expenses. Pursuant to the terms of the settlement, the Plaintiff will receive full back pay, full liquidated damages, and all attorneys' fees incurred. Accordingly, the parties hereby request that the case be closed pursuant to L. Civ. R. 111. Defendants' counsel is authorized to state that this Notice speaks for both parties.[1]

Date: August 1, 2022		Respectfully submitted,

			/s/
			_____
			Parker E. Thoeni (Bar No. 30250)
			SHAWE ROSENTHAL LLP
			One South Street, Suite 1800
			Baltimore, Maryland 21202
			Telephone: (410) 752-1040
			Facsimile: (410) 752-8861
			thoeni@shawe.com
			*Attorney for Defendants*

---

[1] Although the Parties acknledge that this matter was brought under the FLSA, full time and pay records have been provided to Plaintiff and Plaintiff is receiving two times her alleged unpaid wages. Therefore, the Parties do not seek any compromise of Plaintiff's claim.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 1, 2022, a true and correct copy of this Local Rule 111 Notice of Settlement was electronically filed and thereby served upon:

Michael Amster
Zipin, Amster, & Greenberg, LLC
8757 Georgia Ave., #400
Silver Spring, MD 20910
sl@joblaws.net
mamster@zagfirm.com

*Attorney for Plaintiff*